[No. 15656-3-II.   Division Two.   August 18, 1992.]

THE STATE OF WASHINGTON, *Petitioner*, v. CHERYL ASHLEY KING, ET AL, *Respondents*.

THE CITY OF BREMERTON, *Petitioner*, v. RUSSELL IVERSON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00583-2, Terence Hanley, J., entered

January 2, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Alexander, J.